IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0639

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RYAN BARKLEY,

Defendant and Appellant.

## ORDER CONSOLIDATING CASES

Upon consideration of the Appellant's motion to consolidate cases and amend the caption, having no objection from the State and with good cause appearing,

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that Cause Nos. DA 21-0239 and DA 22-0061 are hereby consolidated for the purposes of appeal under Cause No. DA 21-0639 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 16 2022